B 250A
(8/96)

# United States Bankruptcy Court

EASTERN District Of TENNESSEE

In re  Charlotte Suzzanne Haynes
       Debtor

Case No. 1:08-bk-16229

Chapter 13

Charlotte Suzzanne Haynes
       Plaintiff

Blue Point Capital, LLC and Northwest
Georgia Bank    Defendant

Adv. Proc. No. 1:09-ap-01138

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | Honorable Danny Armstrong, Clerk<br>United States Bankruptcy Court<br>31 East 11th Street<br>Chattanooga, TN 37402 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Brent James, Harriss & Hartman Law Firm, P. C.
P. O. Drawer 220, 200 McFarland Building
Rossville, GA  30741  (706) 861-0203

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

DANNY W. ARMSTRONG
Clerk of the Bankruptcy Court

SEP 18 2009
Date

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, __Brent James_____, certify that I am, and at all times during the
         (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __12/31/09_____ by:
         (date)

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Blue Point Capital, LLC
2780 Bert Adams Road, Suite 201
Atlanta, GA 30339

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                               (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

12/31/09                                       Brent James
Date                                           Signature

| Print Name | Brent James |
|---|---|
| Business Address | P. O. Drawer 220<br>200 McFarland Building |
| City Rossville | State GA   Zip 30741 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Angelia Rodr[...]*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Angelia Rodriguez   12/28/09 |
| 1. Article Addressed to:<br><br>Blue Point Capital, LLC<br>2780 Bert Adams Rd.<br>Suite 201<br>Atlanta, GA 30339 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 3450 0002 5843 5574 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HARRISS & HARTMAN LAW FIRM, P.C.
200 McFarland Building
P.O. Drawer 220
Rossville, Georgia 30741

RECEIVED DEC 3 0 2009