# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                            Case Number: 1:08−bk−16229
Charlotte Suzanna Haynes                     Chapter: 13

   Debtor(s)                                     Adv. Pro. No. 1:09−ap−01138

Charlotte Suzzanne Haynes

   Plaintiff(s),

Blue Point Capital, LLC et al.

   Defendant(s),

## ENTRY OF DEFAULT AND NOTICE OF HEARING

     The plaintiff(s) has filed a motion for default judgment in this adversary proceeding. It appearing that the complaint was filed in this proceeding on 8/26/09; that the summons and complaint were duly served upon the defendant(s), Blue Point Capital, LLC et. al. ; and that no answer or other pleading has been filed by the defendant(s) as required by law, a default is hereby entered against the defendant(s), Blue Point Capital, LLC et.al., pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 55(a) of the Federal Rules of Civil Procedure.

     A hearing on plaintiff(s) motion for default judgment will be held upon 9/30/10 , at 09:30 AM , in Courtroom A, Third Floor, U. S. Bankruptcy Court, 31 East 11th Street, Chattanooga, TN 37402

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in this [motion, application, or objection] and may enter an order granting that relief.**

  Dated: 8/25/10

                                                                         Danny W. Armstrong
                                                                         Clerk of the Bankruptcy Court


                                                                         By:  tde
                                                                            Deputy Clerk