FRI-37209 0649-1 pdfap 09-01138
Eastern District of Tennessee
United States Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
**UNITED STATES BANKRUPTCY COURT**

020568 20568 1 AT 0.362 30339 6 1 6852-0-21221

Blue Point Capital, LLC
2780 Bert Adams Road
Suite 201
Atlanta, GA 30339-3917

RECEIVED
OCT 14 2011
U.S. BANKRUPTCY COURT
CHATTANOOGA,
TENNESSEE

37402@4205

NIXIE        300  DE  1          00 10/11/11
       RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 37402420599        *2191-03474-11-43

**FIRST-CLASS MAIL**



PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**SO ORDERED.**
SIGNED this 27th day of September, 2011

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| CHARLOTTE SUZANNA HAYNES | |
| Debtor | Chapter 13 |
| | Case # 08-16229 |
| CHARLOTTE SUZANNA HAYNES | |
| Plaintiff | |
| v | Adv. No. 09-ap-01138 |
| BLUE POINT CAPITAL, LLC | |
| Defendant | |

### ORDER OF DEFAULT JUDGMENT AS TO BLUE POINT CAPITAL, LLC

This cause came on to be heard upon the motion by the debtor for default. It appears to the Court that debtor's received an overpayment check in the amount of $365.27 from Blue Point Capital, LLC due to overpayment made on her loan. Debtor in turn presented the check to her employer and same was cashed. Debtor was then informed by her employer, that the

overpayment check issued by Blue Point Capital, LLC was insufficient and had been returned. It further appearing that Blue Point Capital, LLC has never issued a new check to replace the one that was given to debtor for her overpayment, which was insufficient. it is accordingly

ORDERED that Blue Point Capital, LLC be and is hereby required to pay debtor $365.27, which is the amount of the overpayment on her loan.

IT IS FURTHER ORDERED that Blue Point Capital, LLC shall be required to pay expenses of debtor's attorney in the amount of $34.26.

###

APPROVED FOR ENTRY:

HARRISS & HARTMAN LAW FIRM, P. C.

By: /s/ Brent James
BRENT JAMES,
Attorney for Debtors
P. O. Drawer 220, 200 McFarland Bldg.
Rossville, GA  30741
(706) 861-0203; Fax: (706) 861-6838
TN Bar No. 18308/GA Bar No. 388855